IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Case No.: _____

ELIECE HERNANDEZ-JUNCO,

    Plaintiff,

v.

PROGRESSIVE EXPRESS
INSURANCE COMPANY,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, PROGRESSIVE EXPRESS INSURANCE COMPANY, ("PROGRESSIVE") by and through its undersigned counsel, and pursuant to 28 U.S.C. §§ 1331, 1441, 1446 and Local Rule 4.02, hereby removes and gives notice of the removal of the above-styled action from the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida to the United States District Court for the Middle District of Florida. In support of this removal, Defendant states as follows:

1. PROGRESSIVE desires to exercise its right under the provisions of 28 U.S.C. § 1441 to remove this action to the United States District Court for the Middle District of Florida. Pursuant to 28 U.S.C. § 1441 "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

2. On January 11, 2021, Plaintiff served a Complaint against PROGRESSIVE in the Circuit Court for Pinellas County, Florida, which is pending Case Number 21-000095-CI. *See* Complaint attached as Exhibit 1; *see also* Exhibits 2-5 which includes a copy of all other process, pleadings, and orders served upon or by PROGRESSIVE. In compliance with 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty days after service of said Complaint.

3. The United States District Court for the Middle District of Florida has jurisdiction over this matter, pursuant to 28 U.S.C. § 1332, based upon the diversity of citizenship between the parties and the amount in controversy is in excess of this Court's minimum jurisdictional amount of $75,000.00, exclusive of interest, costs, and attorney's fees. "Diversity jurisdiction requires complete diversity; every plaintiff must be diverse from every defendant." *Flintlock Const. Servs., LLC v. Well–Come Holdings, LLC*, 710 F.3d 1221, 1224 (11th Cir. 2013).

4. Plaintiff, Eliece Hernandez-Junco, was and is a resident of Hillsborough County, Florida and is otherwise a citizen of Florida. *See* Complaint at ¶5.

5. Defendant, PROGRESSIVE, is an Ohio corporation, with its principal place of business in Mayfield Village, OH. *See* Florida Division of Corporations attached as Exhibit 6.

6. Although a company may conduct business in multiple places, the Supreme Court has determined that the "principal place of business" for a corporation is its nerve center: "the place where a corporation's officers direct, control, and coordinate the corporation's activities." *Hertz Corp. v. Friend*, 559 U.S. 77, 91–94 (2010) (establishing

the "nerve center" test as uniform approach for determining corporate citizenship). A copy of Defendant's corporate filing with the State of Florida, showing the principal place of business, is attached hereto as Exhibit 6.

7. As to the amount in controversy, Plaintiff seeks uninsured motorist damages against PROGRESSIVE, for which the limits are $1,000,000.00. *See* Complaint at ¶13; *see also* Civil Cover Sheet, attached as Exhibit 5, where Plaintiff indicates the amount of the claim exceeds $100,000.00.

8. Plaintiff seeks recovery of her medical bills, lost income, and pain and suffering. *See* Complaint at ¶8. Plaintiff's purported medical bills received to date exceed the diversity threshold before this Court.[1]

9. With all other requirements for removal under 28 U.S.C. § 1446 otherwise complied with by the Defendant, PROGRESSIVE, the Defendant removes the Florida State Court Action to the United States District Court for the Middle District of Florida.

WHEREFORE, for the above-stated reasons, Defendant, PROGRESSIVE, respectfully requests that this action be removed to this Court and that this Court accept jurisdiction over this matter.

Respectfully Submitted,

COLE, SCOTT & KISSANE, P.A.
Cole, Scott & Kissane Building
9150 South Dadeland Boulevard, Suite 1400
P.O. Box 569015
Miami, Florida 33256
Telephone (786) 268-6408
Facsimile (305) 373-2294

---

[1] Defendant, PROGRESSIVE, is willing to make available the Plaintiff's pertinent medical records subject to *in camera* review for the Court.

Primary e-mail: david.caballero@csklegal.com
Secondary e-mail: sahily.ortega@csklegal.com

By: *s/ Sahily Ortega*
David O. Caballero
Florida Bar No.: 84059
Sahily Ortega
Florida Bar No.: 1025047

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of February, 2021, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

*s/ Sahily Ortega*
Sahily Ortega